Joseph Daniel PIRESTANI, Cross–
Petitioner Below, Appellant,

v.

Kevin J. REAGAN, Cross–Petitioner
Below, Appellee,

and

Attorney Ad Litem, Appellee.

No. 425, 2016

Supreme Court of Delaware.

Submitted: August 25, 2017
Decided: October 12, 2017

Reargument and Rehearing En Banc
Denied November 1, 2017

Court Below—Court of Chancery of the
State of Delaware, C.A. No. 17950–N.

AFFIRMED.